IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JAMES GILLEY,                                        *

           Plaintiff,                         *

v.                                                            Case No.   5:22-cv-00024-TES-CHW
                                                            *

SHERIFF'S DEPARTMENT SANTA ROSE
COUNTY JAIL, et al.,                              *

           Defendants.                      *

_____

**J U D G M E N T**

Pursuant to this Court's Order dated June 2, 2022, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 2nd day of June, 2022.

David W. Bunt, Clerk


s/ Vanessa Siaca, Deputy Clerk